IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANDREA MARIE WIKE,

                    Plaintiff,                                    **8:22CV297**

          vs.

DOUGLAS COUNTY, DIANE BATTIATO,            **ORDER**
LILIANA E. SHANNON, THOMAS
WHEELER, MARY ANN BORGESON,
DONALD KLEINE, ALAN E. SOUTH, and
RON MURTAUGH,

                    Defendants.

          This matter is before the Court on its own motion.  On September 28, 2022, Plaintiff Andrea Marie Wike filed a Notice of Appeal, Filing No. 8, and the Clerk of the Court requested a ruling as to Petitioner's authorization to proceed in forma pauperis on appeal, Filing No. 9.  On September 28, 2022, the Court ordered Plaintiff to either submit the $505.00 filing and docket fees to the Clerk's office or submit a request to proceed in forma pauperis.  Filing No. 10.  To date, Plaintiff has not taken either action. Plaintiff's Notice, Filing No. 12, docketed on October 31, 2022, is not responsive to the Court's order.

          IT IS THEREFORE ORDERED that:

          1.      Plaintiff is not authorized to proceed in forma pauperis on appeal.

          2.      The Clerk of the Court is directed to process Plaintiff's interlocutory appeal to the Eighth Circuit Court of Appeals.

Dated this 2nd day of November, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge